Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE A. HARDIN,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>              Defendant(s).<br>_____ / | CASE NO. 2:11-CV-01838-KJN<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of August 30, 2012, by twenty days from the date Defendant files a supplemental transcript. This extension is requested because the official record is missing the July 8, 2008 hearing transcript. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATED: August 29, 2012

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney
                                                      DONNA L. CALVERT
                                                        Acting Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*                                  */s/ Shea Lita Bond*
ANN M. CERNEY,                                      SHEA LITA BOND
Attorney for Plaintiff                                    Special Assistant U S Attorney
                                                      (As authorized via email on 8/29/12)
                                                      Attorneys for Defendant

Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| NICOLE A. HARDIN, | CASE NO. 2:11-CV-01838-KJN |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant(s). | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment within twenty days from the date Defendant files a supplemental transcript.

SO ORDERED.

DATED:  September 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE