1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8        UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9

   NICOLE A. HARDIN,                            CASE NO. 2:11-CV-01838-KJN
10
              Plaintiff,                        **STIPULATION AND ORDER**
11                                              **EXTENDING PLAINTIFF'S TIME TO**
   vs.                                          **FILE A MOTION FOR SUMMARY**
12                                              **JUDGMENT**
   MICHAEL J. ASTRUE,
13 Commissioner of Social Security,

14            Defendant(s).
   _____/
15
        IT IS HEREBY STIPULATED by and between the parties, through their respective
16
   undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For
17
   Summary Judgment in the above-referenced case is hereby extended from the present due date of
18
   August 30, 2012, by twenty days from the date Defendant files a supplemental transcript. This
19
   extension is requested because the official record is missing the July 8, 2008 hearing transcript.
20
   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
21
   DATED: August 29, 2012
22                                                  BENJAMIN B. WAGNER
                                                    United States Attorney
23                                                  DONNA L. CALVERT
                                                    Acting Regional Chief Counsel, Region IX
24

25  */s/ Ann M. Cerney*                              */s/ Shea Lita Bond*
    ANN M. CERNEY,                                  SHEA LITA BOND
26  Attorney for Plaintiff                          Special Assistant U S Attorney
                                                    (As authorized via email on 8/29/12)
27                                                  Attorneys for Defendant

28

---
1
STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1 Ann M. Cerney, SBN: 068748
Attorney at Law
2 45 Hunter Square Plaza
Stockton, California  95202
3 Telephone: (209) 948-9384
Facsimile:  (209) 948-0706
4
Attorney for Plaintiff
5

6

7

8    **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9    —o0o—

10 NICOLE A. HARDIN,                          CASE NO. 2:11-CV-01838-KJN

11            Plaintiff,                     **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

12 vs.

13 MICHAEL J. ASTRUE,
Commissioner of Social Security,
14
             Defendant(s).
15 _____/

16        Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18 APPROVED.

19        Plaintiff shall file her Motion For Summary Judgment within twenty days from the date

20 Defendant files a supplemental transcript.

21        SO ORDERED.

22 DATED: September 6, 2012

23

24                                          _____
                                            KENDALL J. NEWMAN
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28