BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Action Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8934
    Facsimile:  (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| NICOLE A. HARDIN,            ) | |
|                         ) | CIVIL NO. 2:11-CV-01838-KJN |
|     Plaintiff,            ) | |
|                         ) | |
|     v.            ) | **STIPULATION AND ORDER FOR** |
|                         ) | **REMAND PURSUANT TO SENTENCE** |
| MICHAEL J. ASTRUE,            ) | **FOUR OF 42 U.S.C. § 405(g), and** |
| Commissioner of            ) | |
| Social Security,            ) | **REQUEST FOR ENTRY OF JUDGMENT** |
|                         ) | **IN FAVOR OF PLAINTIFF AND** |
|     Defendant.            ) | **AGAINST DEFENDANT** |
| _____) | |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

      On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action:

Because the recording of the July 8, 2008 administrative hearing cannot be located, the ALJ is directed to conduct a de novo hearing and issue a new decision on Plaintiff's disability application.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                        Respectfully submitted,

Dated: September 25, 2012       /s/ *Ann M. Cerney*
                                        (As authorized via email and telephone)
                                        ANN M. CERNEY
                                        Attorney for Plaintiff

Dated: September 25, 2012       BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ *Shea Lita Bond*
                                        SHEA LITA BOND
                                        Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated:  October 4, 2012

                                        _____/s/ Kendall J. Newman_____
                                        KENDALL J. NEWMAN
                                        United States Magistrate Judge